# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:19-CR-00315-DGK-20 |
| LENCORYA GRADY, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING DEFENDANT'S MOTION TO DISMISS

Pending before the Court is Defendant Lencorya Grady's Motion to Dismiss with Prejudice for Violation of Defendant's Speedy Trial Rights, ECF No. 317, and United States Magistrate Judge Jill Morris's Report and Recommendation, ECF No. 346, recommending the Court deny the motion.

Neither party objected to the Report and Recommendation and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); L.R. 74.1(a)(2). After reviewing the report and conducting an independent review of the applicable law and record, *see* L.R. 74.1(a)(2), the Court agrees with the Magistrate's holding that Defendant's rights under the Speedy Trial Act and the Sixth Amendment have not been violated.

The Court ADOPTS the Report and Recommendation and DENIES the motion.

**IT IS SO ORDERED.**

Date: August 5, 2021

/s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT